**Motion Granted in Part; Abatement Order filed October 15, 2020**



In The

# Fourteenth Court of Appeals

———————

NO. 14-19-00463-CV

———————

**CHRISTOPHER MICHAEL DUPUY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 280th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-18982**

## ABATEMENT ORDER

Appellant filed a motion requesting to review the record in order to file a pro se brief. We abated this appeal, granted the motion and we directed the trial court to afford appellant an opportunity to view the trial record by furnishing the record to appellant in accordance with local procedure. On August 25, 2020, we received confirmation that appellant had received the record. We reinstated the appeal and set appellant's brief due.

On September 21, 2020, appellant filed a motion to extend time to file his brief and for access to the reporter's record of a hearing conduced June 4, 2019. That same day the court reporter informed this court that she had located and would prepare the record of that hearing. The court reporter stated that she would send the record to appellant and notify the 280th District Court and this court.

Accordingly, we abate this appeal pending confirmation from the court reporter that appellant has received the record of the June 4, 2019 hearing. Appellant's brief will not be due until thirty days after that date.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the certification that delivery of the record to appellant has been made. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Wise and Bourliot.